# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **JEREMIAH THOMAS** | **CIVIL ACTION NO. 17-cv-1474** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **HARTFORD ACCIDENT & INDEMNITY CO.** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Plaintiff's **Motion to Remand [Doc. No. 14]** is **GRANTED** and this civil action is **REMANDED** to the First Judicial District Court, Caddo Parish, where it is pending as Suit No. 603608. The answer filed by Hartford and any other pleadings in this Court will not be transmitted to the state court, so any party who wishes to receive the benefit of those pleadings in state court must file them with the state court

after remand.

MONROE, LOUISIANA, this 29th day of March, 2018.

                              TERRY A. DOUGHTY
                   UNITED STATES DISTRICT JUDGE